SMITH *v.* COLLIER, marshal.

COBB, J. An ordinance of a municipal corporation, which declares that "no
hogs shall be permitted to remain within the corporate limits . . between
the first of April and the first of October," is not upon its face so unreason-
able as that it would be the duty of the courts to declare it void.

*Judgment affirmed.     By five Justices.*

Argued July 22, — Decided August 11, 1903.

Habeas corpus.     Before Judge Reece.     City court of Floyd
county.     May 29, 1903.

*George A. H. Harris & Son,* for plaintiff in error, cited Dill.
Mun. Corp. § 259; Tied. Mun. Pol. § 150; 5 Am. St. R. 524; 7
Id. 640; 20 Id. 154; 41 Id. 250; 64 Id. 516.

*Halsted Smith,* contra, cited 67 *Ga.* 755; 4 *Ga.* 512; 6 *Ga.* 1;
84 *Ga.* 169; 73 *Ga.* 184; 91 *Ga.* 268; 21 Am. & Eng. Enc. L.
(2d ed.) 952, par. 6; Am. Dig. 1901 B, 2988, sec. 191; Am. Dig.
1902 A, 3193, sec. 233; Brightly (Pa.), 69; 41 Ill. App. 164; 11
S. E. 545; .31 Mo. App. 433; Am. Dig. 1890, 2635, par. 61, 69;
Id. 1891, 3114, par. 83.

---

MORTON *v.* THE STATE.

CANDLER, J. 1. The evidence, while entirely circumstantial, was sufficient to
support the conviction of the accused.
2. This being an accusation of simple larceny, and the evidence authorizing a
finding that the stolen property was carried by the accused into the county
where the accusation was sworn out, even if the actual theft was committed
in another county, it was not error for the court to hold that the accused
was guilty of larceny in the county where the accusation was sworn out.
Penal Code, § 155; *Green* v. *State,* 114 *Ga.* 918.

*Judgment affirmed.     By five Justices.*

Submitted July 22, — Decided August 11, 1903.

Accusation of larceny.     Before Judge Adams.     City court of
Dublin.     May 15, 1903.

*Davis & Sturgis,* for plaintiff in error.
*G. H. Williams, solicitor,* contra.